# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0734

VERSUS

CLARENCE BILLY BURKETTE

**OCTOBER 14, 2020**

---

In Re:    Clarence Billy Burkette, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 18-CR-720.

---

**BEFORE:    HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH**
**EW**

**Theriot, J.,** would not consider the writ application, as it is untimely.  See Uniform Rules of Louisiana Courts of Appeal, Rule 2-13.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT